**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Avicia Green, | Case No.: 1:25-cv-02807-VMC-CMS |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CREDIT ONE BANK, N.A.** |
| Credit One Bank, N.A.; and Experian Information Solutions, Inc., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Credit One Bank, N.A. may be dismissed without prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against Experian Information Solutions, Inc. remain pending.

Dated:    August 19, 2025

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Esther Oise*